# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

EVANGELINE GEORGINA MARTINEZ,

    Plaintiff,

vs.                        C. A. No.: 1:21-cv-00331-SMV

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

And now this 22nd day of November, 2021, it is hereby ORDERED that Plaintiff's Motion To Exceed the Page Limit at Doc. 19 is GRANTED.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

Respectfully submitted,

By:   /s/ Karl. E. Osterhout
KARL E. OSTERHOUT
Attorney for Plaintiff

Electronically approved on 11/22/21
By: s/Marc Thayne Warner
MARC THAYNE WARNER
Attorney for Defendant

1